IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARCUS VIGIL,**

    **Plaintiff,**

vs.                                                       Civ. No. 21-100 RB/JFR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed June 21, 2022. (Doc. 35.) Objections were due by no later than July 5, 2022. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *See United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 35) are adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Opposed Motion to Reverse and/or Remand (Doc. 28) is **GRANTED.**

                                                ROBERT C. BRACK
                                                SENIOR U.S. DISTRICT JUDGE